IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03235-LTB-GPG

ASHLEE M. HANDY,

    Plaintiff,

v.

MAXIMUS INC.,
SHARON DORCAS,
SCOTT CLOUD,
PRIME SOURCE STAFFING, and
NICHOLAS WERNER,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 23, 2021, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 23 day of April, 2021.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/ R. Villa,
                                  Deputy Clerk